UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | No. C 08-0109 BZ |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE RE** |
| | ) | **ENFORCEMENT OF INTERNAL** |
| RICHARD T. McCORMICK, | ) | **REVENUE SERVICE SUMMONS** |
| | ) | |
| Respondent. | ) | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on January 7, 2008, it is hereby:

**ORDERED** that respondent Richard T. McCormick appear before this Court on **Wednesday, March 5, 2008**, **at 10:00 a.m.**, in Courtroom G, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further:

1

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

**ORDERED** that by **February 13, 2008** respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, and that the petitioner may file and serve a written reply to such response by **February 20, 2008**.

Dated: January 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\McCORMICK\OSC ORDER.wpd