IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**USA, et al.,**

        Plaintiff(s),

v.

**Richard T. McCormick,**

        Defendant(s),
_____/

No. C08-0109 BZ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is reset to **Monday, June 2, 2008** at **4:00 p.m.** before Magistrate Judge Bernard Zimmerman. A joint case management conference statement is due seven days prior to the conference. The previously set date of **April 14, 2008** at **4:00 p.m.** is hereby **VACATED**.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 4, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
     Lashanda Scott
     Courtroom Deputy