JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-6805
  Fax:            (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and VICTOR CROWE, Revenue Agent,**  )<br>)<br>)<br>**Petitioners,**  )<br>)<br>v.  )<br>)<br>**RICHARD T. McCORMICK,**  )<br>)<br>**Respondent.**  )<br>) | Case No.  C-08-00109-BZ<br><br><br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

     Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, VICTOR CROWE, voluntarily dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                             Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

                                             /s/ Thomas M. Newman
                                             THOMAS M. NEWMAN
                                             Assistant United States Attorney
                                             Tax Division

*Notice of Voluntary Dismissal*
*Case No. 08-109-BZ*